MARY FORKHAMER, as Administratrix of the Estate of JOSEPH FORKHAMER, Deceased, Appellant, *v*. THE HABERLE CRYSTAL SPRING BREWING COMPANY, Respondent.

*Forkhamer* v. *Haberle Crystal Spring Brewing Co.*, 117 App. Div. 918, affirmed.
(Argued January 14, 1908; decided January 28, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 29, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Frank C. Sargent* for appellant.

*J. L. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.